UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA L. STARKS,                )
                                )
            Plaintiff,          )   Case No. 1:12-cv-519
                                )
v.                              )   Honorable Paul L. Maloney
                                )
COMMISSIONER OF                 )
SOCIAL SECURITY,                )
                                )   **JUDGMENT**
            Defendant.          )
                                )

Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated:   January 2, 2013                /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge