UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

─────

| | | |
|---|---|---|
| LAURA L. STARKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-519 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **<u>JUDGMENT</u>** |
| Defendant. | ) | |
| _____ | ) | |

Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: ___January 2, 2013___         /s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      Chief United States District Judge