UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA L. STARKS,

    Plaintiff,

v.

                    Case No. 1:12-cv-519

                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Having issued an order granting in part and denying in part plaintiff's application of attorney's fees under the Equal Access to Justice Act (EAJA), pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the plaintiff and against the defendant in the amount of $1,485.00.


Date:   May 28, 2013                                    /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               Chief United States District